# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145141

ARENAC PROPERTY I, LLC, ARENAC
PROPERTY II, LLC, and ARENAC
PROPERTY III, LLC,
          Plaintiffs-Appellees,

v

ARENAC COUNTY TREASURER and
ARENAC COUNTY LAND BANK,
          Defendants-Appellants.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145141
COA: 303766
Arenac CC: 10-011481-CH

_____/

      On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

p0917

_____
Clerk